IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GERTI MUHO, | § | |
| | § | |
| Plaintiff Below, | § | No. 386, 2015D |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| WILMINGTON TRUST, | § | C.A. No. N14C-08-170 |
| NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 8, 2016
Decided: March 9, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **SEITZ**, Justices.

## **O R D E R**

This 9th day of March 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the Superior Court's July 1, 2015 order dismissing the complaint with prejudice should be affirmed for the reasons stated in its June 30, 2015 bench ruling.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice